IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL, a corporation of Barbados, | ) ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 06-620 (KAJ) |
| v. | ) ) | |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION, | ) ) ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation disclose that Andrx Pharmaceuticals, LLC is a wholly owned subsidiary of Andrx Corporation, which is a publicly held company. Andrx Corporation discloses that both MMI Investments, L.P. and Iridian Asset Management LLC directly or indirectly own 10% or more of the stock in Andrx Corporation.

| | |
|---|---|
| OF COUNSEL:<br><br>Steven Maddox<br>FOLEY & LARDNER, LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC  20007<br>Tel:  (202) 672-5300<br><br>Douglas Carsten<br>FOLEY & LARDNER, LLP<br>11250 El Camino Real, Suite 200<br>San Diego, California  92130<br>Tel:  (858) 847-6700<br><br>Martin P. Endres<br>HEDMAN & COSTIGAN, P.C.<br>1185 Avenue of the Americas<br>New York, New York  10036<br>Tel:  (212) 682-7474<br><br>Dated:  October 12, 2006<br>755483 / 30015 | POTTER ANDERSON & CORROON LLP<br><br>By:  /s/ Richard L. Horwitz<br>  Richard L. Horwitz (#2246)<br>  Kenneth L. Dorsney (#3726)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  Wilmington, DE  19899<br>  Tel:  (302) 984-6000<br>  rhorwitz@potteranderson.com<br>  kdorsney@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Andrx Pharmaceuticals, LLC and*<br>*Andrx Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on October 12, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on October 12, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
dconde@fchs.com

/s/ *Richard L. Horwitz*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

719290